# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH IMIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUTHY-RENKER, LLC and WEN BY CHAZ DEAN INC.,<br><br>Defendants. | Case No. 2:16-cv-00169-MCE-KJN<br><br>CLASS ACTION<br><br>Judge: Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING DEFENDANTS GUTHY-RENKER, LLC AND WEN BY CHAZ DEAN, INC.'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

1. The Court, having considered Defendants Guthy-Renker LLC and Wen by Chaz Dean Inc.'s ("<u>Defendants</u>") *Ex Parte* Application for Extension of Time to Respond to Complaint, and good cause appearing therefrom, hereby **GRANTS** the Application. Given the February 25, 2016 deadline faced by Defendant Guthy-Renker LLC in responding to the Complaint, as well as the circumstances due to which an extension was needed as outlined in the Ex Parte Application in response to Plaintiff's refusal to stipulate to an initial extension, the Court finds that the requisite good cause has been established without regard to any opposition papers that may otherwise have been forthcoming from Plaintiff.

Accordingly, **IT IS ORDERED** that Defendants shall have until March 17, 2016, to answer or otherwise respond to the Complaint.

Dated: February 24, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT