1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEBORAH IMIG, individually and on behalf of all others similarly situated,

Plaintiff,

v.

GUTHY-RENKER, LLC and WEN BY CHAZ DEAN INC.,

Defendants.

Case No. 2:16-cv-00169-MCE-KJN

CLASS ACTION

Judge:  Hon. Morrison C. England, Jr.

**ORDER GRANTING DEFENDANTS GUTHY-RENKER, LLC AND WEN BY CHAZ DEAN, INC.'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

LATHAM&WATKINS LLP LA\4434891.1
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING DEFENDANTS' EX PARTE
APPLICATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT

1     The Court, having considered Defendants Guthy-Renker LLC and Wen by

2 Chaz Dean Inc.'s ("Defendants") *Ex Parte* Application for Extension of Time to

3 Respond to Complaint, and good cause appearing therefrom, hereby **GRANTS** the

4 Application.  Given the February 25, 2016 deadline faced by Defendant Guthy-

5 Renker LLC in responding to the Complaint, as well as the circumstances due to

6 which an extension was needed as outlined in the Ex Parte Application in response

7 to Plaintiff's refusal to stipulate to an initial extension, the Court finds that the

8 requisite good cause has been established without regard to any opposition papers

9 that may otherwise have been forthcoming from Plaintiff.

10     Accordingly, **IT IS ORDERED** that Defendants shall have until March 17,

11 2016, to answer or otherwise respond to the Complaint.

12

13 Dated:  February 24, 2016

14

15 MORRISON C. ENGLAND, JR., CHIEF JUDGE

16 UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP  LA\4434891.1
ATTORNEYS AT LAW
LOS ANGELES

1

ORDER GRANTING DEFENDANTS' EX PARTE
APPLICATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT