# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH IMIG, on behalf of herself and all other similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>GUTHY-RENKER, LLC and WEN by CHAZ DEAN, INC., et al.<br><br>                    Defendants. | Case No. 2:16-cv-00169-MCE-KJN<br><br>**CLASS ACTION**<br><br>*Judge: Hon. Morrsion C. England, Jr.*<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: January 27, 2016 |

The Court, having reviewed the Stipulation to Extend Time to Respond to the Complaint, ("the Stipulation"), and good cause appearing therefrom, it is hereby

///
///
///
///
///
///

**ORDER**

10642497v.1

1 | ORDERED that the Stipulation is GRANTED and Defendants' shall have until March
2 | 24, 2016, to answer or otherwise respond to the Complaint.
3 |     IT IS SO ORDERED.
4 | Dated: March 21, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER

10642497v.1