CLARKSON LAW FIRM, P.C.
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Shireen M. Clarkson (SBN 237882)
sclarkson@clarksonlawfirm.com
The Pershing Square Building
448 S. Hill St., Suite 701
Los Angeles, CA 90013-1133
Telephone: (213) 788-4050
Facsimile: (213) 788-4070
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH IMIG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GUTHY-RENKER LLC and WEN BY CHAZ DEAN INC., et al.<br><br>Defendants. | CASE NO. 2:16-cv-00169-MCE-KJN<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   January 27, 2016 |

The Court, having reviewed the Stipulation of Dismissal with Prejudice, ("the Stipulation"), and for good cause shown:

1. The Stipulation is GRANTED.
2. The above-entitled action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil procedure, with each party to bear his/her own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  June 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

ORDER GRANTING
STIPULATION OF DISMISSAL WITH PREJUDICE